UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR422-0019

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
|---|---|---|
| | ) | |
| v. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | Possession of a Firearm by a |
| THOMAS KEVIN ROBINSON | ) | Prohibited Person |
| | ) | |
| | ) | 18 U.S.C. § 1951 |
| | ) | Interference with Commerce by |
| | ) | Robbery |
| | ) | |
| | ) | 18 U.S.C. § 924(c) |
| | ) | Possession of a Firearm in |
| | ) | Furtherance of a Crime of Violence |

THE GRAND JURY CHARGES THAT:

<u>COUNT ONE</u>
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about April 29, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

**THOMAS KEVIN ROBINSON,**

knowing he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a SCCY CPX-2 9-millimeter pistol, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
*Interference with Commerce by Robbery*
18 U.S.C. § 1951

At all times material to this indictment, Family Dollar, located at 702 Wheaton Street in Savannah, Georgia, was a retail business that sold items such as clothing and household products and other items and was a business that affected interstate commerce.

On or about April 29, 2021, in Chatham County, within the Southern District of Georgia,

**THOMAS KEVIN ROBINSON,**

did unlawfully obstruct, delay, and affect commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in said statute, and did threaten physical violence to a person in furtherance of a plan and purpose to rob Family Dollar, in that Defendant did unlawfully take and obtain property consisting of merchandise and clothing from Family Dollar, against the will of at least one employee of Family Dollar by means of actual and threatened force, violence and fear of injury, immediate and future, to the employee, that is, he did take property belonging to the business and brandish and use a firearm and threaten at least one employee.

All in violation of Title 18, United States Code, Section 1951.

## COUNT THREE
*Possession of a Firearm in Furtherance of a Crime of Violence*
18 U.S.C. § 924(c)

On or about April 29, 2021, in Chatham County, within the Southern District of Georgia, the defendant,

## THOMAS KEVIN ROBINSON,

did knowingly possess and brandish a firearm, to wit, a SCCY CPX-2 9-millimeter pistol, in furtherance of a crime of violence for which he may be prosecuted in a court of the United States, to wit, Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951, as charged in Count 2 of this Indictment.

All in violation of Title 18, United States Code, Section 924(c).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Three of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One through Three of this Indictment, the defendant, **THOMAS KEVIN ROBINSON**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a SCCY CPX-2 9-millimeter pistol, S/N 877309.

A True Bill.

_____

David H. Estes
United States Attorney

Chris Howard
Assistant United States Attorney
*Lead Counsel

E. Greg Gilluly
Assistant United States Attorney
Deputy Chief, Criminal Division